UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SALVATORE MESSINA,

JUDGMENT
08-CV- 3539 (CBA)

Plaintiff,

-against-

MICHAEL J. ASTRUE,
Commissioner of Social Security,

Defendant.
---------------------------------------------------------------X

    An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on October 30, 2009, denying the Commissioner's motion for judgment on the pleadings, for the reasons stated on the record; and remanding the case to the Commissioner of Social Security; it is

    ORDERED and ADJUDGED that the Commissioner's motion for judgment on the pleadings is denied, for the reasons stated on the record; and that the case is remanded to the Commissioner of Social Security.

Dated: Brooklyn, New York
         October 30, 2009

/S/
ROBERT C. HEINEMANN
Clerk of Court